IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
AT NASHVILLE

| | |
|---|---|
| PRESTON L. CAMPBELL | ) |
| | ) |
| v. | ) NO. 3:05-0766 |
| | ) JUDGE CAMPBELL |
| BASS PRO OUTDOOR WORLD, LLC | ) |

ORDER

Pending before the Court is Defendant's Motion for Summary Judgment (Docket No. 23). For the reasons stated in the accompanying Memorandum, Defendant's Motion is GRANTED, and this action is DISMISSED.

The trial set for December 19, 2006, and the pretrial conference set for December 11, 2006, are canceled. This Order shall constitute the judgment in this case pursuant to Fed. R. Civ. P. 58.

IT IS SO ORDERED.

_____
TODD J. CAMPBELL
UNITED STATES DISTRICT JUDGE